**FILED**
Oct 29 2015
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY   s/ danielles   DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 15-cr-1982-AJB |
| Plaintiff, ) | ORDER AND JUDGMENT FOR THE DISMISSAL OF THE INDICTMENT |
| v. ) | |
| ERNESTO CUMPLIDO ESPINA, ) | (Doc. No. 24) |
| Defendant. ) | |

Upon application of the Government, IT HEREBY IS ORDERED that the Government's motion to dismiss the Indictment is GRANTED and this action is hereby dismissed without prejudice.

IT IS SO ORDERED.
Dated: October 29, 2015

Hon. Anthony J. Battaglia
United States District Judge